IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:24-CR-5-BO

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | SCHEDULING ORDER |
| | ) | |
| Deifalla Malik Johnson, | ) | |
| Defendant. | ) | |

The attorneys are ORDERED to conduct a pre-trial conference on or before **February 20, 2024**. Local Criminal Rule 16.1.

All pre-trial motions, including motions to compel discovery, motions to suppress, and motions under Rules 7, 8, 12, 13, 14, 16, and 41, Fed. R. Crim. P., shall be filed no later than **March 5, 2024**. Responses to motions shall be filed **within fourteen (14) days after the service of such motions.** The proposed arraignment and trial date for this matter is set for the **April 2024** term of court before District Judge Terrence W. Boyle.

Untimely motions and motions filed in disregard of Local Criminal Rules 12.2 and 16.1 may be summarily denied. Motion hearings, as necessary, shall be conducted by a district or magistrate judge in advance of trial.

SO ORDERED, this the __1__ day of February 2024.

Robert B. Jones, Jr.
United States Magistrate Judge