UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:24-CR-5-BO-RJ

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEIFALLA MALIK JOHNSON | UNOPPOSED MOTION TO EXTEND<br>PRETRIAL MOTIONS DEADLINE<br>AND CONTINUE ARRAIGNMENT |

The defendant, Deifalla Malik Johnson, by and through counsel, hereby respectfully moves the Court to grant an extension of time to file pretrial motions for sixty (60) days, to and including May 6, 2024, and to continue the arraignment to the Court's June, 2024 term. In support of this Motion, Mr. Johnson states the following:

1. On January 23, 2024, Mr. Johnson was indicted and charged with possession of a firearm knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, in violation of Title 18, United States Code, Sections 922(g)(l) and 924 (Count One), possession of a firearm by a prohibited person, in violation of Title 18, United States Code, Sections 922(g)(8) and 924, and possession of a firearm that had moved in and affected interstate commerce within 1,000 feet of a school, in violation of Title 18, United States Code, Sections 922(q)(2)(A) and 924(a)(4). DE 1.

2. The Office of the Federal Public Defender was appointed to represent Mr. Johnson on January 30, 2024. DE 10. The undersigned entered her Notice of Appearance on January 30, 2024. DE 15.

1

3. A February 2, 2024, scheduling order set a pretrial conference deadline on or before February 20, 2024, a pretrial motions deadline of no later than March 5, 2024, and the arraignment for the Court's April, 2024 term. DE 18.

4. Mr. Johnson is presently in state custody at New Hanover County Jail in Castle Hayne, North Carolina.

5. Undersigned counsel needs additional time to meet with Mr. Johnson, review discovery materials, conduct any necessary investigation, assess whether any motions are warranted, and determine the appropriate resolution of this case.

6. The undersigned respectfully requests that the Court extend the pretrial motions deadline to and including May 6, 2024, and continue arraignment to the June, 2024 term.

7. Assistant United States Attorney William Van Trigt, counsel for the Government in the above-captioned case, indicates that he has no objection to the requests herein.

8. This motion is made in good faith and not for purposes of delay. Neither the government nor the Defendant would be prejudiced by the sixty-day extension of time to file pretrial motions or the continuance of arraignment sought herein.

WHEREFORE, Mr. Johnson respectfully requests that this Court extend the pretrial motions deadline to and including May 6, 2024, and continue arraignment in this matter to the Court's June, 2024 term. The ends of justice served by this motion outweigh the interests of the public and the Defendant in a speedy trial as set forth in 18 U.S.C. § 3161(h)(7)(A).

(Continued on next page.)

Respectfully requested this 5th day of March, 2024.

                G. ALAN DUBOIS
                Federal Public Defender

                */s/ Snayha M. Nath*
                SNAYHA M. NATH
                Assistant Federal Public Defender
                Attorney for Defendant
                Office of the Federal Public Defender
                150 Fayetteville Street, Suite 450
                Raleigh, North Carolina 27601
                Telephone: 919-856-4236
                Fax: 919-856-4477
                E-mail: Snayha_Nath@fd.org
                DC Bar No. 1021111
                LR 57.1 Counsel Appointed

*CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that a copy of the foregoing was served upon:

WILLIAM VAN TRIGT
Assistant United States Attorney
United States Attorney's Office
Eastern District of North Carolina
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601

by electronically filing the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the above.

    This the 5th day of March, 2024.

                */s/ Snayha M. Nath*
                SNAYHA M. NATH
                Assistant Federal Public Defender
                Attorney for Defendant
                Office of the Federal Public Defender
                150 Fayetteville Street, Suite 450
                Raleigh, North Carolina 27601
                Telephone: 919-856-4236
                Fax: 919-856-4477
                E-mail: Snayha_Nath@fd.org
                DC Bar No. 1021111
                LR 57.1 Counsel Appointed