UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:24-CR-5-BO-RJ

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| DEIFALLA MALIK JOHNSON | |

This matter is before the Court on the Defendant's Unopposed Motion to Extend the Pretrial Motions Deadline and Continue the Arraignment. Upon good cause shown, the pretrial motions deadline is extended to and including May 6, 2024. Responses shall be filed within fourteen (14) days of service of such motions. The arraignment in this matter is continued to the June, 2024 term.

This Court has determined that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial. The delay occasioned by the extension of the pretrial motions and continuance shall be excluded in computing the defendant's speedy trial time. *See* 18 U.S.C. § 3161(h)(7).

SO ORDERED.

This _6_ day of March, 2024.

TERRENCE W. BOYLE
United States District Judge